# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOEL FREYBERG,** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **DCO 2400 14TH ST., LLC,** ) <br> ) <br> *and* ) <br> ) <br> **UDR, INC.,** ) <br> ) <br> Defendants. ) | Civil Action No. 1:20-cv-03156-JEB |

## DEFENDANT DCO 2400 14TH STREET, LLC'S NOTICE

COMES NOW, Defendant DCO 2400 14th St., LLC ("Defendant"), by and through undersigned counsel, and hereby submits this Notice in accordance with the Court's Minute Order dated November 2, 2020. Defendant's sole member is DCO Realty, Inc., a Delaware corporation with its headquarters in Colorado.

Dated: November 25, 2020

Respectfully submitted,

FOX ROTHSCHILD LLP

/s/ *Brian W. Stolarz*
Brian W. Stolarz, Esq. (D.C. Bar No. 466160)
Erin I. Rivera, Esq. (D.C. Bar No. 888187765)
1030 15th Street, N.W.
Suite 380 East
Washington, DC 20005
(202) 461-3100 (telephone)
(202) 461-3102 (facsimile)
Email: bstolarz@foxrothschild.com
erivera@foxrothschild.com
*Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that, by filing the foregoing via the Court's Electronic Filing System, I caused a copy of the foregoing to be delivered electronically to counsel of record, on November 25, 2020.

>                                    /s/ *Brian Stolarz*
>                                    Brian Stolarz