# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOEL FREYBERG,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**DCO 2400 14TH ST., LLC,** )<br>)<br>*and* )<br>)<br>**UDR, INC.,** )<br>)<br>Defendants. ) | Civil Action No. 1:20-cv-03156-JEB |

## DEFENDANT UDR, INC.'S DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS

Pursuant to Local Rule 26.1, I, the undersigned counsel of record for UDR, Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of UDR, Inc., which have any outstanding securities in the hands of the public.

1. The Vanguard Group;

2. Cohen & Steers Capital Management; and

3. BlackRock.

116436494.v1

| | |
|---|---|
| Dated: November 25, 2020 | Respectfully submitted,<br><br>FOX ROTHSCHILD LLP<br><br>/s/ *Brian W. Stolarz*<br>Brian W. Stolarz, Esq. (D.C. Bar No. 466160)<br>Erin I. Rivera, Esq. (D.C. Bar No. 888187765)<br>1030 15th Street, N.W.<br>Suite 380 East<br>Washington, DC 20005<br>(202) 461-3100 (telephone)<br>(202) 461-3102 (facsimile)<br>Email: bstolarz@foxrothschild.com<br>erivera@foxrothschild.com<br>*Attorney for Defendants* |

## **CERTIFICATE OF SERVICE**

I hereby certify that, by filing the foregoing via the Court's Electronic Filing System, I caused a copy of the foregoing to be delivered electronically to counsel of record, on November 25, 2020.

/s/ *Brian Stolarz*
Brian Stolarz

116436494.v1