IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOEL FREYBERG, AN INDIVIDUAL** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**DCO 2400 14TH ST., LLC,** )<br>)<br>and )<br>)<br>**UDR, INC.,** )<br>)<br>Defendants. ) | Civil Action No. 1:20-cv-03156-JEB |

### DEFENDANTS' MOTION TO DISMISS THE COMPLAINT PURSUANT TO RULES 12(b)(6) AND 12(b)(2)

COMES NOW, Defendants DCO 2400 14th St., LLC ("DCO") and UDR, Inc. ("UDR") (collectively referred to herein as "Defendants"), by and through counsel, and move this Court for an Order dismissing Plaintiff's Complaint, with prejudice.  As set forth in the accompanying Memorandum of Law, Plaintiff has failed to state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6).  In addition, this Court lacks jurisdiction over Defendant UDR and therefore, dismissal is warranted pursuant to Rule 12(b)(2).

November 25, 2020

Respectfully submitted,

*/s/ Brian W. Stolarz*
Brian W. Stolarz, Esq. (D.C. Bar No. 466160)
Erin I. Rivera, Esq. (D.C. Bar No. 888187765)
1030 15th Street, N.W.
Suite 380 East
Washington, D.C. 20005
(202) 461-3100 (Telephone)
(202) 461-3102 (Facsimile)
Email: bstolarz@foxrothschild.com
erivera@foxrothschild.com

116123041.v1

**CERTIFICATE OF SERVICE**

    I hereby certify that, by filing the foregoing via the Court's Electronic Filing System, I caused a copy of the foregoing to be delivered electronically to counsel of record, on November 25, 2020.

                                         /s/ *Brian W. Stolarz*
                                         Brian W. Stolarz