**EXHIBIT 1**

Civil Action No. 1:20-cv-03156-JEB

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOEL FREYBERG** | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 1:20-cv-03156-JEB |
| v. | ) |
| | ) |
| **DCO 2400 14TH ST., LLC,** | ) |
| | ) |
| and | ) |
| | ) |
| **UDR, INC.,** | ) |
| | ) |
| Defendants. | ) |
| | ) |

### DECLARATION OF JOE KENNEDY

COMES NOW, Joe Kennedy, and states as follows:

1. My name is Joe Kennedy, I am Regional Director with UDR, Inc., ("UDR") and I am aware of and have knowledge of the facts set forth below.

2. UDR is a Maryland Corporation with its principal place of business in Colorado.

3. UDR does not directly conduct business in the District of Columbia at 2400 14th Street, NW, Suite 1000 Washington, D.C. 20009, ("Property"), nor any other location in the District of Columbia.

4. UDR does not own the Property, nor any other property in the District of Columbia.

5. The Property is solely owned by DCO 2400 14th Street, LLC ("DCO"), which is an independent limited liability company with its own, separate legal identity.

6. While UDR is the ultimate parent company of DCO, it does so simply through the ownership of stock in an intermediate corporation, DCO Realty, Inc., which in turn is the sole member of DCO.

7. UDR does not manage the Property.

8. UDR is not a party to the Lease Agreement attached as Exhibit 4 to the Complaint in the above captioned action.

I, Joe Kennedy, declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 23, 2020

_____
Joe Kennedy

116418780.v1
116444724.v1