## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**JOEL FREYBERG,**

    Plaintiff,

v.

**DCO 2400 14TH ST., LLC, et al.,**

    Defendants.

Civil Case No. 1:20-cv-03156-JEB

Hon. James E. Boasberg

## [PROPOSED] ORDER

This matter having come before the Court on Plaintiff Joel Freyberg's Consent Motion to Extend Plaintiff's Deadline for Opposing Defendants' Motion to Dismiss the First Amended Complaint, it is the opinion of this Court that the Motion should be **GRANTED**, and it is hereby

**ORDERED**, that the due date for Plaintiff's Opposition to Defendants' Motion to Dismiss the First Amended Complaint is extended to and including January 13, 2021.

**DONE** and **ORDERED** this ___ day of January, 2021.

_____
HONORABLE JAMES E. BOASBERG
UNITED STATES DISTRICT JUDGE